■ CARL ROSETTI, JR., Also Known as CARL RANNO, Appellant, v UNITED STATES FIDELITY & GUARANTY COMPANY, INC., Respondent, et al., Defendant. [632 NYS2d 355] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted summary judgment to defendant United States Fidelity & Guaranty Company, Inc. (USF&G). USF&G met its burden of establishing plaintiff's lack of cooperation (see, 304 Meat Corp. v New York Prop. Ins. Underwriting Assn., 188 AD2d 382). Plaintiff persistently failed to comply with the provision of the insurance policy issued to him by USF&G that required him to submit to an examination under oath and provide certain relevant documents and records. That persistent failure to comply constitutes a material breach of the policy and precludes recovery under it (see, Johnson v Allstate Ins. Co., 197 AD2d 672, lv denied 82 NY2d 664; Argento v Aetna Cas. & Sur. Co., 184 AD2d 487, 487-488; Azeem v Colonial Assur. Co., 96 AD2d 123, affd 62 NY2d 951). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Balio and Davis, JJ.